IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY LEE MARSHALL, ET AL.                                          PLAINTIFFS

vs.                              CASE NO. **3:04CV00249GH**

CITY OF OSCEOLA                                                   DEFENDANT

## ORDER

On June 22, 2005, the Court entered an Order granting the motion of plaintiffs'
counsel leave to withdraw and directing plaintiffs to provide the Court within twenty
days a statement of whether they intend to proceed pro se or obtain substitute counsel.
Plaintiffs have sent the attached letter to the Court via facsimile stating that they
have hired Danny Williams to represent them and that he needs to obtain the
information former counsel has in order to evaluate the case.     They ask for an
extension of time for counsel to enter his appearance.

The Court will grant plaintiffs twenty days from the date of this Order to have
counsel enter his appearance.  Former counsel is directed to provide the information
requested to plaintiffs or designated counsel as soon as possible.  The Court notes that
plaintiffs have not provided an address to which the Clerk can mail this Order.  The
motion to withdraw filed by former counsel indicates that Roy Lee Marshall's address
is 305 Shirley Drive, Osceola, AR 72370.  The Clerk is directed to send a copy of this
Order to plaintiff  Roy Lee Marshall at the aforementioned address, to Danny
Williams at 1423 Main Street, North Little Rock, AR 72114, and  to former counsel,
Luther O'Neal Sutter and James Edward Patrick, II.

IT IS SO ORDERED this 8th day of July,  2005.

*George Howard, Jr*
_____
UNITED STATES DISTRICT JUDGE

-1-