IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY LEE MARSHALL, ET AL.                                         PLAINTIFFS

vs.                              CASE NO. 3:04CV00249GH

CITY OF OSCEOLA                                                  DEFENDANT

# ORDER

On July 8, 2005, the Court entered an Order granting plaintiffs an extension of time for new counsel they claimed to have retained to enter his appearance. On July 14, 2005, the Court received a letter from the counsel identified by plaintiffs, Danny R. Williams, stating that he did not represent plaintiffs.

The Court is now in receipt of the attached letter from plaintiff Roy Marshall seeking additional time to retain counsel. The Court will remove the case from the August 15th trial calendar and will grant plaintiffs an additional thirty days to retain counsel.

Marshall has provided a new address and telephone number which the Clerk should enter in the file.

IT IS SO ORDERED this 9th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-