IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY LEE MARSHALL, ET AL.                                              PLAINTIFFS

v.                              No. 3:04CV00249 GH

CITY OF OSCEOLA                                                        DEFENDANT

**<u>ORDER</u>**

In light of the order issued on December 16th by Chief Judge J. Leon Holmes suspending Darrell F. Brown, Sr., from the practice of law before the U.S. District Courts for the Eastern and Western Districts of Arkansas until he provides the Clerk with verification of his reinstatement to the practice of law by the Supreme Court of Arkansas, the Clerk is directed to remove Brown as counsel of record. However, Brown is to receive a copy of this order. Plaintiffs are directed, within 30 days of the file-date of this order, to have substitute counsel enter his or her appearance or to file a statement that they will proceed pro se. Failure to timely comply will result in dismissal of each non-complying plaintiff's claims. Brown is directed to promptly serve a copy of this order on each plaintiff and file an affidavit reflecting the addresses to which service was made. The Clerk is directed to also send a copy of this order to Marshall at the address reflected in docket entry #30.

IT IS SO ORDERED this 22nd day of December, 2005.

*George Howard Jr.*
UNITED STATES DISTRICT JUDGE