IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY LEE MARSHALL, ET AL.                                                    PLAINTIFFS

vs.                              CASE NO. **3:04CV00249GH**

CITY OF OSCEOLA                                                              DEFENDANT

## **ORDER**

The trial in this matter scheduled for the week of April 9, 2007 will be held in the Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, Courtroom 2A.

IT IS SO ORDERED this 8th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-