IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROY LEE MARSHALL, ET AL.**                                              **PLAINTIFFS**

**VS.**                    **CASE NO. 3:04CV000249 JMM**

**CITY OF OSCEOLA**                                                       **DEFENDANT**

### ORDER

Based upon the settlement of the parties, the trial scheduled in the above styled case is removed from the Court's trial docket and the trial scheduled for May 14, 2007 in Little Rock, Arkansas is cancelled.

IT IS SO ORDERED THIS  7  day of   May  , 2007.


_____
James M. Moody
United States District Court